**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                      April 15, 2016

Courtroom Deputy: Kathleen Finney
Court Reporter:     Tracy Weir
Probation Officer:  Paige Meador

**Criminal Action No.  14-cr-00329-REB-5**

<u>Parties:</u>                                              <u>Counsel:</u>

UNITED STATES OF AMERICA,              Barbara Skalla

     Plaintiff,

v.

5.  VICTOR ALEJANDRO MOLINA,           Mark Johnson

     Defendant.

**SENTENCING MINUTES**

**9:36 a.m.      Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the

presentence report and addendum with the defendant.

Also pending before the Court relevant to sentencing are the following: the **Defendant Molina's Motion for a Downward Departure from the Guidelines** [#354] filed April 1, 2016; the **Motion by Defendant for Variant Sentence Pursuant to § 3553(a) Factors** [#355] filed April 1, 2016; and the **Government's Motion Regarding U.S.S.G. Section 3E1.1(b)** [#362] filed April 13, 2016.

Government orally moves to dismiss with prejudice the Indictment [#34] only as to Defendant #5 Molina.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows: the **Defendant Molina's Motion for a Downward Departure from the Guidelines** [#354] is **GRANTED in part and DENIED in part**; the **Motion by Defendant for Variant Sentence Pursuant to § 3553(a) Factors** [#355] is **GRANTED**; and the **Government's Motion Regarding U.S.S.G. Section 3E1.1(b)** [#362] is **GRANTED**; that the oral motion of the Government to dismiss with prejudice, the Indictment [#34], but as to Defendant #5 Molina, is **GRANTED**;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Information;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **forty-one (41) months**;

5. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**; provided furthermore, that within 72 hours of defendant's release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the U.S. probation department within the district to which he is released;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

- all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised release:

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm, destructive device, or dangerous weapon as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

    - that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

    - that at defendant's expense, the defendant shall, unless then indigent, undergo an alcohol substance abuse evaluation, and thereafter, at defendant's expense receive any treatment, therapy, counseling, testing or education prescribed by the evaluation or as directed by defendant's probation officer or as ordered by the court; that defendant shall abstain from the use of alcohol or other intoxicants during the course of any such treatment, therapy, counseling, testing, or education; provided, furthermore, that to ensure continuity of treatment, the probation department is authorized to release mental health records and reports of the defendant and the PSR to any person or entity responsible for or involved in the treatment, therapy, counseling, testing, or education of the defendant;

    - that the defendant shall be subject to the search provisions

        recommended by the probation officer in the sentencing recommendation [#358-1] on page R-3 at paragraph 2;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

10. That the defendant is remanded to the custody of the United States Marshal.

The defendant is advised of the right to appeal the sentence imposed by the court.

**10:05 a.m.   Court in recess.**

Total time in court: 00:29

Hearing concluded.